1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

01/28/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

8                       UNITED STATES DISTRICT COURT

9                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                          March 2025 Grand Jury

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | ED CR No. 5:26-cr-00019-JGB |
| 12          Plaintiff, | I N D I C T M E N T |
| 13          v. | [18 U.S.C. §§ 1591(a)(1), (b)(1), (c), 1594(a): Attempted Sex Trafficking of a Minor; 18 U.S.C. § 2422(b): Attempted Enticement of a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2251(a), (e): Attempted Production of Child Pornography; 18 U.S.C. § 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B), (b)(2): Possession of Child Pornography; 18 U.S.C. §§ 1594(d), 2428, 2253 and 28 U.S.C. § 2461: Criminal Forfeiture] |
| 14  MICHAEL FRANCIS RENNA, aka "slave_4_michelle@yahoo. com," | |
| 15 | |
| 16          Defendant. | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

22          The Grand Jury charges:

23                              COUNT ONE

24          [18 U.S.C. §§ 1591(a)(1), (b)(1), (c); 1594(a)]

25          Beginning no later than on or about March 21, 2023, and

26  continuing to on or about March 3, 2024, in Riverside County, within

27  the Central District of California, and elsewhere, defendant MICHAEL

28  FRANCIS RENNA, also known as "slave_4_michelle@yahoo.com," in and

affecting interstate and foreign commerce, knowingly attempted to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a minor who had not attained the age of 14 years, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 14 years and knowing and in reckless disregard of the fact that the minor would be caused to engage in a commercial sex act.

COUNT TWO

[18 U.S.C. § 2422(b)]

Beginning no later than March 21, 2023, and continuing to on or about March 3, 2024, in Riverside County, within the Central District of California, and elsewhere, defendant MICHAEL FRANCIS RENNA, also known as "slave_4_michelle@yahoo.com," used a facility and means of interstate and foreign commerce, namely, the Internet, "Application A," and World Remit, to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years, namely, a minor whom defendant RENNA believed to be less than 18 years old, to engage in sexual activity for which a person can be charged with a criminal offense, namely, Sexual Exploitation of a Minor, in violation of Title 18, United States Code, Section 2251(a), (e).

In attempting to commit this offense, defendant RENNA did something that was a substantial step toward committing the offense, including the following acts, among others:

1.   Beginning on or about March 21, 2023, and continuing to on or about March 3, 2024, defendant RENNA used Application A to send messages to Individual 1 to arrange for live streamed shows involving minors to be transmitted to defendant Renna via Application A in exchange for payments from defendant RENNA.

2.   On or about June 24, 2023, defendant RENNA exchanged the following messages with Individual 1 via Application A:

RENNA:           Are you alone?

Individual 1:  No daughter 10 is here

RENNA:           Oh ok . . . Are you on site right now?

Individual 1:  Yes

```
1       RENNA:          30 tip?
2       Individual 1:   Ok.  Hello hon
3       RENNA:          Keep underwear on for about 2 minutes then naked
4   😊...
5       Individual 1:   [Call initiated . . . duration 5 minutes]
6       RENNA:          Wow
7       Individual 1:   [Call ended]  Thanks you
8       RENNA:          Thank you
9       Individual 1:   Welcome
10      RENNA:          That was great.  I didn't expect her playing by
11  herself
12      Individual 1:   Daughter is good show playing my self
13      RENNA:          Yes I agree.  Does she watch cock on cam too?
14      Individual 1:   Yes
15      RENNA:          Wow.  Can she do another show for $40?  Or is she
16  sleeping already?
17      Individual 1:   Direct pay is ok
18      RENNA:          Yes
19      Individual 1:   Site u send 30$ is 300 Pesos Philippines money
20  small
21      RENNA:          Yes I know.  I can send direct pay
22      Individual 1:   Not sleep.  How
23      RENNA:          WorldRemit cash pickup for you.  Or gcash.  Or
24  direct to bank.
25      Individual 1:   Gcash.  Gcash send
26      . . .
27      RENNA:          It might take me 20 minutes to cum because it
28  will be second time
```

1    RENNA:            is that ok?

2    . . .

3    Individual 1:  Start show now

4    RENNA:            OK

5    Individual 1:  [Call initiated]

6    RENNA:            Mmmmm . . . I cum already.  Thank you

7    3.    On or about June 26, 2023, defendant RENNA exchanged the

8    following messages with Individual 1 via Application A:

9    Individual 1:  . . .  You like boy and girl show.  Young

10   RENNA:            Yes that interests me

11   Individual 1:  Niece is here.  A boy 13 years old

12   . . .

13   RENNA:            How old is niece?

14   Individual 1:  Tomorrow is 12 years old

15   . . .

16   RENNA:            And she is fucking already?

17   . . .

18   RENNA:            What do they for show?

19   Individual 1:  Girl suck cock.  And play pussy a boy

20   RENNA:            Ok sounds good

21   . . .

22   RENNA:            I sent 3k

23

24

25

26

27

28

07:22 🕒                           🔋 📵 ⚡ 📶 54%🔋

←

📱

Sending **3,000.00 PHP**
to E█ T█████ T█

🕒 In progress

| Status | Details |
|--------|---------|
| JUN 27 | Transfer created |
| JUN 27 | We processed the transfer |
| JUN 27 | **Local partner is processing the transfer** |
|        | 3000.0 PHP is paid out to E█ |

Which is same as $55

. . .

I'm excited to watch later

. . .

Individual 1:   [Call initiated.  Duration: 17 minutes]

RENNA:          Wow

4.    On or about March 3, 2024, defendant RENNA exchanged the following messages with Individual 1 via Application A:

Individual 1:   . . .  son shy saying.· Cock not big

RENNA:          mine not big too.  Does he need my help making it big?  Mm

Individual 1:   [Call initiated.  Duration 40 minutes]

. . .

Individual 1:   [During video call] Daughter show.  You sexy.  Yummy boobs.

6

1        RENNA:              mmmmmm yummy.  Almost looks like cum inside

2        . . .

3        RENNA:              Yes I cum already.  Very good both thank you.

4    Stop show I cum

5        Individual 1:  [Call end]

6        RENNA:              One day I want to watch daughter suck a real cock

7        Individual 1:  Okay

8        Individual 1:  How much pay real cock suck

9        RENNA:              5k?

10       . . .

11       Individual 1:  Daughter 8 Mariel march 9 birthday

12       . . .

13       Individual 1:  When show daughter real cock suck

14       RENNA:              Next weekend

15       . . .

16       Individual 1:  U send me half now pay

COUNT THREE

[18 U.S.C. § 2251(a), (e)]

On or about March 3, 2024, in Riverside County, within the Central District of California, and elsewhere, defendant MICHAEL FRANCIS RENNA, also known as "slave_4_michelle@yahoo.com," knowingly attempted to employ, use, persuade, induce, and entice a minor who had not attained 18 years of age to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), namely, oral-genital sex, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and the Internet.

1

COUNT FOUR

2

[18 U.S.C. § 2252A(a)(2)(A), (b)(1)]

3    On or about April 5, 2024, in Riverside County, within the

4  Central District of California, and elsewhere, defendant MICHAEL

5  FRANCIS RENNA, also known as "slave_4_michelle@yahoo.com," knowingly

6  distributed a video file containing child pornography, as defined in

7  Title 18, United States Code, Section 2256(8)(A), using a means and

8  facility of interstate and foreign commerce, namely, the Internet and

9  Application A, an Internet-based messaging application, and which had

10  been shipped and transported in and affecting interstate and foreign

11  commerce by any means, including by computer, knowing that the video

12  file contained child pornography.

13    The child pornography that defendant RENNA distributed on or

14  about April 5, 2024, consisted of a video file titled

15  "media_20240406_054142_1997139816221611218.mp4," which depicted a

16  prepubescent minor female engaged in oral-penile sex with an adult

17  male.

18

19

20

21

22

23

24

25

26

27

28

COUNT FIVE

[18 U.S.C. § 2252A(a)(5)(B), (b)(2)]

Beginning on an unknown date and continuing to on or about November 22, 2024, in Riverside County, within the Central District of California, defendant MICHAEL FRANCIS RENNA, also known as "slave_4_michelle@yahoo.com," knowingly possessed a Samsung cellular phone, with IMEI 357463821649190, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image involved a prepubescent minor and a minor who had not attained twelve years of age, that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

The child pornography that defendant RENNA possessed on the Samsung cellular phone consisted of an image titled "e503ecbc6d2f50c33bf871277438f70dc1fd7ff36cecb9ea5ada16d72e5db259.0," which depicted a prepubescent nude female lying down on her back with her anus and vagina exposed.

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 1594(d) and 28 U.S.C. § 2461]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 1594(d), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count One of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)    Any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property;

(b)    Any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property; and

(c)    In the event such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has

11

1  been transferred, sold to or deposited with a third party; (c) has
2  been placed beyond the jurisdiction of the court; (d) has been
3  substantially diminished in value; or (e) has been commingled with
4  other property that cannot be divided without difficulty.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 2428]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2428, in the event of the defendant's conviction of the offense set forth in Count Two of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a)  All right, title, and interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of any such offense;

(b)  All right, title, and interest in any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from any such offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

13

1                      FORFEITURE ALLEGATION THREE

2                          [18 U.S.C. § 2253]

3       1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4    Procedure, notice is hereby given that the United States of America

5    will seek forfeiture as part of any sentence, pursuant to Title 18,

6    United States Code, Section 2253, in the event of the defendant's

7    conviction of the offenses set forth in any of Counts Three through

8    Five of this Indictment.

9       2.    The defendant, if so convicted, shall forfeit to the United

10   States of America the following property:

11           (a)  All right, title, and interest in any visual depiction

12   involved in any such offense, or any book, magazine, periodical,

13   film, videotape, or other matter which contains any such visual

14   depiction, which was produced, transported, mailed, shipped or

15   received and involved in any such offense;

16           (b)  All right, title, and interest in any property, real

17   or personal, constituting or traceable to gross profits or other

18   proceeds obtained from such offense;

19           (c)  All right, title, and interest in any property, real

20   or personal, used or intended to be used to commit or to promote the

21   commission of such offense or any property traceable to such

22   property; and

23           (d)  To the extent such property is not available for

24   forfeiture, a sum of money equal to the total value of the property

25   described in subparagraphs (a), (b), and (c).

26      3.    Pursuant to Title 21, United States Code, Section 853(p), as

27   incorporated by Title 18, United States Code, Section 2253(b), the

28   defendant, if so convicted, shall forfeit substitute property, up to

                                    14

the total value of the property described in the preceding paragraph

if, as the result of any act or omission of the defendant, the

property described in the preceding paragraph, or any portion

thereof: (a) cannot be located upon the exercise of due diligence;

(b) has been transferred, sold to or deposited with a third party;

(c) has been placed beyond the jurisdiction of the court; (d) has

been substantially diminished in value; or (e) has been commingled

with other property that cannot be divided without difficulty.

A TRUE BILL

_/S/_

Foreperson

TODD W. BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

PETER H. DAHLQUIST
Assistant United States Attorney
Chief, Riverside Branch Office

SONAH LEE
Assistant United States Attorney
Riverside Branch Office